IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|   |   |   |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SUSAN JEANETTE PALMA | ) | Case No. 16-10471-BFK |
| DONALD CRAIG PALMA | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

**CONSENT ORDER RESOLVING TRUSTEE'S
OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS**

Upon consideration of the Trustee's Objection to Debtors' Claim of Exemptions (the "Objection") (Docket No. 22), filed by Janet M. Meiburger, Chapter 7 trustee, and of the Response to Trustee's Objection to Debtor's Claimed Exemption (the "Response") (Docket No. 29), filed on behalf of the Debtors, and it appearing from the Response that the exemption claimed by Debtor Donald Craig Palma in the real property located at 302 Ingelwood Drive, Rochester, New York 14619 (the "Property") was properly claimed, by virtue the Homestead Deeds filed in Prince William County, Virginia and Monroe County, New York, and that both Homestead Deeds were timely because the 341 meeting was not concluded until March 24, 2016; and it also appearing from the Response that Mr. Palma used his entire exemption for the Property and that no homestead deed was filed on behalf of Mrs. Palma, and therefore that the other exemptions claimed under Va. Code Ann. § 34-4 on the Debtors' Schedule C were not properly claimed, and the Debtors having consented to the entry of this order, as indicated by the signature of their counsel below, it is hereby

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel to Chapter 7 Trustee

ORDERED that the exemption claimed by Debtor Donald Craig Palma under Va. Code Ann. §34-4 in the Property is hereby allowed; and it is further

ORDERED that the Debtors' other claims of exemptions under Va. Code Ann. §34-4 are disallowed.

Date: Jun 15 2016

/s/ Brian F. Kenney
U.S. Bankruptcy Judge

Entered on Docket: June 15, 2016

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871
*Proposed Counsel for the Chapter 7 Trustee*

SEEN AND AGREED:

/s/ Robert S. Brandt
Robert S. Brandt, Esq., VSB No. 46196
The Law Office of Robert S. Brandt
1513 King Street
Alexandria, VA 22314
Phone: (703) 342-7330
*Counsel for the Debtor*

**PARTIES TO RECEIVE COPIES BY MAIL:**

Donald & Susan Palma
17626 Duke Street
Dumfries, VA 22026