**Fill in this information to identify the case:**

Debtor 1: Susan Jeanette Palma

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern    District of Virginia (State)

Case number: 16-10471-BFK

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

**Court claim no.** (if known): NA

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2260

**Date of payment change:** Must be at least 21 days after date of this notice — December 4, 2016

**New total payment:** Principal, interest, and escrow, if any — $ 734.96

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 232.74    New escrow payment: $ 222.50

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %    New interest rate: _____ %

Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1 _____Susan Jeanette Palma_____   Case number (*if known*) __16-10471-BFK__

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✱ **/s/ Nisha R. Patel**                                           Date   __11/1/2016__
   Signature

Print:      __Nisha R. Patel__                                     Title   __Attorney for Creditor__
            First Name    Middle Name    Last Name

Company     __Samuel I. White, P.C.__

Address     __1804 Staples Mill Road Suite 200__
            Number           Street

            __Richmond, VA 23230__
            City                  State    ZIP Code

Contact phone   __(804) 290-4290__                                 Email   __npatel@siwpc.com__

CERTIFICATE OF SERVICE

      I certify that on November 1, 2016, the foregoing Notice of Payment Change was served via CM/ECF on Janet M. Meiburger, Trustee, and Robert Brandt, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Susan Jeanette Palma, Debtor, 17626 Duke Street, Dumfries, VA 22026.

      **/s/ Nisha R. Patel**
      Nisha R. Patel, Esquire
      Samuel I. White, P. C.

**Citizens One**
Home Loans

10561 Telegraph Road
Glen Allen, VA 23059
www.citizensone.com

October 19, 2016

JANET M. MEIBURGER
1493 CHAIN BRIDGE RD
SUITE 201,
MCLEAN VA 22101

Re: Citizens One Loan No: ███████
    Chapter 07
    Bankruptcy Case No.  16-10471

    Borrowers: Donald C Palma
               Lucy K Palma
    Property address: 302 Inglewood Dr
                      Rochester NY 14619-1442

Dear Trustee:

In October, 2016, an escrow analysis was performed on the above
referenced loan. The new payment will be $ 734.96, effective
with the payment due for 12-04-16. Our records show this loan
contractually due for 10-04-16.

Please adjust your records to reflect the new payment amount. We have
sent a payment change letter to the debtor's attorney, if applicable, and
the debtors were sent the actual escrow analysis.

If you have any questions, please contact us at 804.935.2724, Monday
through Friday from 8:30 a.m. to 5 p.m. ET. Persons with hearing or
speech impairments may reach us at 800.654.5988, option 1.
5988, option 1.

Sincerely,


Bankruptcy Department

BK013/CPI

Mortgages and home equity loans are offered and originated by Citizens Bank, N.A. Citizens One and Citizens One Home Loans are brand names of Citizens Bank, N.A.
(NMLS ID# 433960). All loans are subject to approval. ☺ Equal Housing Lending

Represents Redacted Information

```
DONALD C PALMA
LUCY K PALMA
302 INGLEWOOD DR
ROCHESTER              NY 14619-1442
```



ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
12/01/15 THROUGH 11/30/16.
    YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
            745.20 OF WHICH       512.46 WAS FOR PRINCIPAL AND INTEREST
    AND         232.74 WENT INTO YOUR ESCROW ACCOUNT.

```
       PROJ    ACTUAL   PROJ                      ACTUAL    PROJ     ACTUAL
       ESCROW  ESCROW   ESCROW                    ESCROW    ESCROW   ESCROW
MO     DEPOSIT DEPOSIT  PAYMENTS DESCRIPTION      PAYMENTS  BALANCE  BALANCE
STARTING BALANCE .............................................  1460.95  1460.95
DEC    232.74  232.74                                       1693.69  1693.69
JAN    232.74  232.74   1098.95 COUNTY TAX         996.31*   827.48   930.12
JAN                      362.00 CITY TAX           365.00*   465.48   565.12
FEB    232.74  232.74                                        698.22   797.86
MAR    232.74  232.74    362.00 CITY TAX           365.00*   568.96   665.60
APR    232.74  232.74                                        801.70   898.34
MAY    232.74  232.74                                       1034.44  1131.08
JUN    232.74  232.74                                       1267.18  1363.82
JUL    232.74  232.74    604.92 CITY TAX           590.69*   895.00  1005.87
AUG    232.74  313.61 *                                     1127.74  1319.48
SEP    232.74  232.74    365.00 CITY TAX           353.00*   995.48  1199.22
OCT    232.74  232.74 Y                          Y          1228.22  1431.96
NOV    232.74  232.74 Y                          Y          1460.96  1664.70
```

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING     2,792.87. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        465.48
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED        465.48.

YOUR ACTUAL LOWEST MONTHLY BALANCE WAS GREATER THAN        465.48.
THE ITEMS WITH AN ASTERISK ON YOUR ACCOUNT HISTORY MAY EXPLAIN THIS.
AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

                         ACCOUNT PROJECTION

    COUNTY TAX           :        996.31
    CITY TAX             :      1,673.69
    ----------------------------------------
    ANNUAL DISBURSEMENTS :      2,670.00
            2,670.00 / 12 =        222.50 ESCROW PAYMENT

         PAYMENTS       PAYMENTS                     CURRENT BAL    REQUIRED BAL
MO       TO             FROM        DESCRIPTION      PROJECTION     PROJECTION
BALANCE AS OF 11/30/16..........................     1,664.70       1,361.31
DEC      222.50                                      1,887.20       1,583.81
JAN      222.50         996.31      COUNTY TAX       1,113.39         810.00
JAN                     365.00      CITY TAX           748.39         445.00
FEB      222.50                                        970.89         667.50
MAR      222.50         365.00      CITY TAX           828.39         525.00
APR      222.50                                      1,050.89         747.50
MAY      222.50                                      1,273.39         970.00
JUN      222.50                                      1,495.89       1,192.50
JUL      222.50         590.69      CITY TAX         1,127.70         824.31

| MO | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|----|----|----|----|----|----|
| AUG | 222.50 | | | 1,350.20 | 1,046.81 |
| SEP | 222.50 | 353.00 | CITY TAX | 1,219.70 | 916.31 |
| OCT | 222.50 | | | 1,442.20 | 1,138.81 |
| NOV | 222.50 | | | 1,664.70 | 1,361.31 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     1,664.70 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     1,361.31 .

THIS MEANS YOU HAVE A SURPLUS OF     303.39.   THIS SURPLUS MUST BE
RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
WE ARE SENDING YOU A CHECK FOR THE SURPLUS.

YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
      734.96 OF WHICH      512.46 WILL BE FOR PRINCIPAL AND
INTEREST AND      222.50 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST            512.46
    ESCROW PAYMENT                    222.50
                                      ---------------
NEW PAYMENT EFFECTIVE 12/04/16        734.96

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.